# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **G.R., by and through his parents,** <br> **JENNIFER AND GARRET R.,** <br> *Plaintiffs*, | : <br> : <br> : <br> : | **CIVIL ACTION** |
| **v.** | : <br> : | **NO. 17-2749** |
| **COLONIAL SCHOOL DISTRICT,** <br> *Defendant.* | : <br> : | |

## ORDER

AND NOW, this 12th day of March 2019, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 16), Defendant's Opposition and Motion for Judgment on the Administrative Record (ECF No. 19), Plaintiff's Reply (ECF No. 22), and Oral Argument held on this matter on January 31, 2019, it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 16) is **DENIED** and Defendant's Motion for Judgment on the Administrative Record (ECF No. 19) is **GRANTED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.